

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022

PHONE 212.999.5800
FAX 212.999.5899

**www.wsgr.com**

**Lucy Yen**
DIRECT DIAL: 212.497.7755
EMAIL: LYen@wsgr.com

April 18, 2016

**VIA CM/ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re:    *InterDigital Commc'ns, Inc. et al. v. Huawei Inv. & Holding Co., Ltd. et al.*,
> Case No. 1:15-cv-04485-JGK**

Dear Judge Koeltl:

I write on behalf of the parties to update the Court regarding the pending Petition for Order Confirming Arbitration Awards ("Petition to Confirm"), filed by InterDigital.

During the February 16, 2016 hearing, the Court indicated that it expected that the parties would update the Court regarding any decision from the Paris Court of Appeal on Huawei's petition to annul the arbitration awards.  On April 12, 2016, the Paris Court of Appeal rejected Huawei's request to annul the arbitration awards.

The parties are currently conferring regarding an appropriate course forward and plan to update the Court in the near future regarding their discussions and/or agreements.

We thank the Court for its assistance in this matter.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

s/ Lucy Yen
   Lucy Yen

cc:    Counsel of Record for Huawei (*via CM/ECF*)

AUSTIN   BEIJING   BOSTON   BRUSSELS   HONG KONG   LOS ANGELES   NEW YORK   PALO ALTO
SAN DIEGO   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, DC   WILMINGTON, DE