**Wilson Sonsini Goodrich & Rosati**
PROFESSIONAL CORPORATION

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022

PHONE 212.999.5800
FAX 212.999.5899

www.wsgr.com

**Lucy Yen**
DIRECT DIAL: 212.497.7755
EMAIL: LYen@wsgr.com

June 3, 2016

**VIA CM/ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:   *InterDigital Commc'ns, Inc. et al. v. Huawei Inv. & Holding Co., Ltd. et al.*,
>       **Case No. 1:15-cv-04485-JGK**

Dear Judge Koeltl:

   Pursuant to paragraph 3 of the Court's April 26, 2016 Order (Dkt. No. 88), InterDigital writes to provide updates regarding (1) Huawei's compliance with its agreement to make payments to InterDigital and (2) the status of the annulment litigation in France.

   First, we confirm that as of this date, Huawei is in compliance with its obligations under the April 26 Order, including its obligation to make the payment to InterDigital specified in paragraph 1(a) of that Order by May 27, 2016.

   Second, on April 27, 2016, Huawei filed an appeal of the April 12, 2016 Paris Court of Appeal decision with the French Cour de Cassation. The appeal is currently pending.

                                           Respectfully submitted,

                                           WILSON SONSINI GOODRICH & ROSATI
                                           Professional Corporation

                                           s/ Lucy Yen
                                              Lucy Yen

cc: Counsel of Record for Huawei (*via CM/ECF*)