# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of Arbitration between: | Case No. 1:15-cv-04485-JGK |
| INTERDIGITAL COMMUNICATIONS, INC., a Delaware corporation; INTERDIGITAL TECHNOLOGY CORPORATION, a Delaware corporation; IPR LICENSING, INC., a Delaware corporation; INTERDIGITAL PATENT HOLDINGS, INC., a Delaware corporation; DRNC HOLDINGS, INC., a Delaware corporation; VID SCALE, INC., a Delaware corporation; PCMS HOLDINGS, INC., a Delaware corporation; IDPA HOLDINGS, INC., a Delaware corporation; IDLR HOLDINGS, INC., a Delaware corporation; INTERDIGITAL HOLDINGS, INC., a Delaware corporation; and INTERDIGITAL, INC., a Pennsylvania corporation, | ECF Case **STIPULATION OF VOLUNTARY DISMISSAL** |
| Petitioners, | |
| and | |
| HUAWEI INVESTMENT & HOLDING CO., LTD., a Chinese corporation; HUAWEI TECHNOLOGIES CO., LTD., a Chinese corporation; HUAWEI DEVICE (DONGGUAN) CO., LTD., a Chinese corporation; FUTUREWEI TECHNOLOGIES, INC. d/b/a HUAWEI TECHNOLOGIES (USA), a Texas corporation; and HUAWEI DEVICE USA, INC., a Texas corporation, | |
| Respondents. | |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), IT IS

HEREBY STIPULATED AND AGREED by and between Petitioners InterDigital

Communications, Inc., InterDigital Technology Corporation, IPR Licensing, Inc., InterDigital

Patent Holdings, Inc., DRNC Holdings, Inc., Vid Scale, Inc., PCMS Holdings, Inc., IDPA

Holdings, Inc., IDLR Holdings, Inc., InterDigital Holdings, Inc., and InterDigital, Inc.

("InterDigital") and Respondents Huawei Investment & Holding Co., Ltd., Huawei Technologies

Co., Ltd., Huawei Device (Dongguan) Co., Ltd., Futurewei Technologies, Inc. d/b/a Huawei

Technologies (USA), and Huawei Device USA, Inc. ("Huawei") that this action is voluntarily

dismissed, with each party bearing its own costs and attorneys' fees.

Dated:  September 6, 2016            WILSON SONSINI GOODRICH & ROSATI
                                    Professional Corporation


                            By:     _____
                                    Lucy Yen

                                    1301 Avenue of the Americas, 40th Floor
                                    New York, New York 10019
                                    Telephone:  (212) 999-5800
                                    Email:  lyen@wsgr.com

                                    *Counsel for Petitioners InterDigital
                                    Communications, Inc., InterDigital Technology
                                    Corporation, IPR Licensing, Inc., InterDigital
                                    Patent Holdings, Inc., DRNC Holdings, Inc., Vid
                                    Scale, Inc., PCMS Holdings, Inc., IDPA Holdings,
                                    Inc., IDLR Holdings, Inc., InterDigital Holdings,
                                    Inc., and InterDigital, Inc.*

Dated:  September 6, 2016

COVINGTON & BURLING LLP

By:  _David W. Haller_
     David W. Haller

The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone:  (212) 841-1000
Email:  dhaller@cov.com

*Counsel for Respondents Huawei Investment &
Holding Co., Ltd., Huawei Technologies Co., Ltd.,
Huawei Device (Dongguan) Co., Ltd., Futurewei
Technologies, Inc. d/b/a Huawei Technologies
(USA), and Huawei Device USA, Inc.*